

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 10th day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-13-00352-CV                  (Tr.Ct.No. C-0352-13-H)

TEXAS DESCON, L.P.                           Appellant,

v.

SOUTH TEXAS INDEPENDENT                    Appellee.
SCHOOL DISTRICT

On appeal to this Court from Hidalgo County, Texas.

★ ★ ★ ★ ★ ★ ★

# __JUDGMENT__

On appeal from the 389th District Court of Hidalgo County, Texas, from an order signed May 13, 2013. Memorandum Opinion Per Curiam.

THIS CAUSE was submitted to the Court on October 9, 2013, on the record and appellee's motion to dismiss the appeal. The Court, having considered the documents on file and appellee's motion to dismiss the appeal, is of the opinion that the motion should be granted. Appellee's motion to dismiss is GRANTED and the appeal is hereby DISMISSED.

Costs of the appeal are adjudged against the party incurring same. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★ ★

DORIAN E. RAMIREZ, CLERK